C.O.C.A. Cause No. P-D-1662-13
C.O.A. Cause No. 11-11-288-CR          ORIGINAL
Trial court Cause No. D-1-DC-11-904064

**1662-13**

Charles E. Butcher II, Petitioner

V

STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

IN THE COURT OF
CRIMINAL APPEALS
IN THE STATE OF
TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

## MOTION FOR REHEARING

To The HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Butcher II, Charles E., Petitioner, pro se, and respectfully moves this HONORABLE COURT to grant this request for a Rehearing of Petitioners Petition for Discretionary Review. In support there of Petitioner would show the Court the following:

## I

The Petitioner was convicted on 09-16-2011 in the Judicial District Court of Travis county Texas for the Offence of Aggravated Kidnapping in Cause No. D-1-DC-11-904064. The Petitioner appeal to the court of appeals 11th Judicial District and was affirmed on 10-31-2013 in Cause No. 11-11-288-CR.

Petitioner filed Petition For Discretionary Review on 01-02-2014.

Said Petition was decided on 01-28-2015 with two Judges affirming the Court of Appeals decision and two Judges abstaining from the vote

but stating they would have reversed the decision.

## II

Due to such divisiveness in the Court, Petitioner respectfully request this matter be reheard En Bank.

## PRAYER

Petitioner respectfully prays this HONORABLE court grants this MOTION FOR REHEARING in C.O.C.A cause No: PD-1662-13

Respectfully submitted

/s/ Charles E. Butcher II, pro se

1745368 - 7-G-1-17T,

Stiles Unit, 3060 FM 3514

Beaumont, TX 77705